UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

MARY CONNER, *on behalf of herself and all others similarly situated*,

        Plaintiff,

-against-

G.E.C. RESTAURANT MANAGEMENT & DESIGN, LLC,

        Defendant.

Case No.: 18-CV-00614

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant, G.E.C. RESTAURANT MANAGEMENT & DESIGN, LLC, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear responsibility for their respective fees and costs.

For the Defendant:

By: _____
Pasquale J. Colavita, Esq.
Pasquale J. Colavita, P.C.
1026 Winter Street, Suite 300B
Philadelphia, PA 19107
Telephone: (215) 351-5300
pcolavita@gmail.com

Date: 5-1-18

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, NY 10016
Telephone: (212) 465-1188
cklee@leelitigation.com

Date: 5-1-18

SO ORDERED

_____
U.S.D.J.
5/3/2018